Fidelman-Danziger, Inc., Appellant, *v.* Statler Management, Inc.

Argued October 9, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Bruce R. Martin,* with him *Pringle, Bredin & Martin,* for appellant.

*John M. Reed,* with him *G. Harold Blaxter* and *Blaxter, O'Neill & Houston,* for appellees.

OPINION PER CURIAM, November 11, 1957:

The order of the Court below is affirmed on the able and comprehensive opinion of Judge MONTGOMERY, reported in 9 Pa. D. & C. 2d 677.